# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

August 28, 2024

Lyle W. Cayce
Clerk

No. 23-40342

KIMBERLY HARMON,

*Plaintiff—Appellee,*

*versus*

BRYAN COLLIER, *Executive Director, Texas Department of Criminal Justice*; TEXAS DEPARTMENT OF CRIMINAL JUSTICE

*Defendants—Appellants.*

Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 1:20-CV-460

UNPUBLISHED ORDER

Before DENNIS, SOUTHWICK, and HO, *Circuit Judges.*

PER CURIAM:

The parties' briefing does not separately analyze the sufficiency of the evidence to support the jury verdict on the plaintiff's Rehabilitation Act claim. Instead, the evaluation of the evidence in the briefing combines the evidence on that claim and on the Americans with Disability Act claim.

The parties are DIRECTED to file supplemental letter briefs addressing the sufficiency of the evidence on the Rehabilitation Act claim and

on any other issues that would arise were the court to conclude that sovereign immunity requires the dismissal of the Americans with Disability Act claim.

The letter briefs are not to exceed 15 pages and are to be submitted by September 10, 2024, at 5:00 p.m.

SO ORDERED.